In the Matter of the Estate of GEORGE MOFFITT, Deceased. CHARLES H. SCHOEFFLER, Appellant; MARY SCHOEFFLER et al., Respondents.

Argued June 12, 1940; decided July 24, 1940.

*Earl Barkhuff* and *P. C. Dugan* for appellant.

*Daniel J. Dugan, Jr.,* special guardian, for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.